158 A.3d 1239

COMMONWEALTH of Pennsylvania, Respondent

v.

Ronald OCKIMEY, Petitioner

No. 230 EAL 2016

Supreme Court of Pennsylvania.

October 11, 2016

## ORDER

PER CURIAM

**AND NOW,** this 11th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**